**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith R. Estep, | No. CV-06-1269-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| AIG Indemnity Insurance Company, et al., | |
| Defendants. | |

Pending before the Court is a Motion to Appear Telephonically at the OSC Hearing scheduled for July 24, 2006 at 2:00 p.m., filed by Plaintiff's counsel, Barry Olsen. (Dkt. 11.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Motion to Appear Telephonically. (Dkt. 11.)

**IT IS FURTHER ORDERED** that Mr. Olsen shall call chambers, 602-322-7555, on July 24, 2006, at 1:55 p.m.

DATED this 21st day of July, 2006.

_____
Stephen M. McNamee
United States District Judge